IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA NELLIE GARCIA | § § § | |
| VS. | § § § § | CIVIL ACTION NO.:_____ <br><br> **(JURY DEMANDED)** |
| STATE FARM LLOYDS | § | |

# NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant **STATE FARM LLOYDS** ("State Farm"), pursuant to 28 U.S.C., §1446, filing this its *Notice of Removal* and, for cause, shows as follow:

## I.

Plaintiff **ALMA NELLIE GARCIA** instituted this civil action against Defendant **STATE FARM LLOYDS** in the 103RD District Court of Cameron County, Brownsville, Cameron County, Texas. True copies of the process and pleadings from the state court litigation are contemporaneously filed.

## II.

This action is properly removable under *28 U.S.C., §1441(a)* because the United States District Court has original jurisdiction pursuant to *28 U.S.C., §1332(a)*. This action is timely removable pursuant to *28 U.S.C., §1446(b)*. Defendant first received notice of this suit when it was served with Citation on January 17, 2017 and this removal notice is filed within 30 days thereafter.

## III.

The Plaintiff is a natural person and resident of the State of Texas. Defendant State Farm Lloyds is an association of underwriters, whose citizenship for traditional diversity purposes is defined by the citizenship of its underwriters. See *Cronin v. State Farm Lloyds*,

No. 08-1983, 2008 WL 4649653 (S.D. Tex. Oct. 10, 2008).  None of Defendant State Farm Lloyds' underwriters are citizens of Texas.  "State Farm Lloyds is a domestic 'Lloyds Plan' unincorporated association of members, as contemplated by Texas law." *Massey v. State Farm Lloyds Ins. Co.*, 993 F. Supp., 568, 569 (S.D. Tex. 1998); *see Royal Ins Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3rd 877, 882, 883 (5th Cir. 1993), *citing Carden v. Arkoma Assoc.*, 494 U.S. 185 (1990).  "[F]or purposes of determining whether diversity jurisdiction exists, we conclude the members of a Lloyds group are the underwriters alone." *Massey*, 993 F. Supp. at 569.

**IV.**

Plaintiff's suit petition ("Complaint") pleads insurance contract and claim handling causes of action allegedly arising from a storm event on or about April 20, 2012.  Plaintiff's Complaint, ¶ II, p. 1, recites that Plaintiff seeks monetary damages "...not less than $200,000."  The Complaint is replete with numbered paragraphs setting forth various vague common-law and statutory causes of action, seeking monetary recovery for actual, statutory, additional, and exemplary damages, and attorney's fees.  Plaintiff's pleading fails to plead her "maximum" damages, including attorney's fees, as required by *Tex. R. Civ. Proc., Rule 47*.  The amount in controversy satisfies the "threshold" requirements of *28 U.S.C., §1332(a)*.  Defendant exercises timely removal jurisdiction.

**V.**

Notice of Removal to the United States District Court has been provided to the 103rd District Court of Cameron County, Brownsville, Cameron County, Texas, from which this suit originated and to counsel for Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, Defendant State Farm Lloyds prays that this action be removed to the United States District Court for the Southern District of Texas, Brownsville Division; that it be afforded judgment; and, for such other and further relief that it may be entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Phone: (956) 428-7495
Fax: (956) 428-2954

By:   /s/  Craig H. Vittitoe
       CRAIG H. VITTITOE
       State Bar No. 20593900
       Federal I.D. No. 18756
       *chvittitoe@adamsgraham.com*
       SCOTT T. CLARK
       State Bar No. 00795896
       Federal I.D. No. 21676
       *sclark@adamsgraham.com*

*COUNSEL FOR DEFENDANT,*
**STATE FARM LLOYDS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the   26th   day of January, 2017:

Juan E. Gonzalez                    *Via E-Service:   juanegonzalez@jeglaw.net*
**LAW OFFICE OF JUAN E. GONZALEZ, PLLC**
3110 E. Bus Hwy 83
Weslaco, Texas 78596

Attorney for Plaintiff **ALMA NELLIE GARCIA**

By:    /s/ Craig H. Vittitoe
       Craig H. Vittitoe
       State Bar No.  20593900
       Federal I.D. No. 18756
       *chvittitoe@adamsgraham.com*

Attorneys for Defendant **STATE FARM LLOYDS**