United States District Court
Southern District of Texas
**ENTERED**
October 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA NELLIE GARCIA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B: 17-13 |
| | § | |
| STATE FARM LLOYDS | § | |
|     Defendants. | § | |

# ORDER

On October 4, 2017, the parties filed a joint stipulation of dismissal in this case. Dkt. No. 19.

The Court **ORDERS** that this case be dismissed with prejudice to refiling. Each party shall bear its own fees and costs. This is a final and appealable order dismissing all claims against all parties.

DONE at Brownsville, Texas, on October 4, 2017.

Andrew S. Hanen
United States District Judge